UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-62151-CIV-ZLOCH

SAMMIE DAVIS,

    Plaintiff,

vs.                              **<u>FINAL ORDER OF DISMISSAL</u>**

HAUCK ENTERPRISES, LTD.,

    Defendant.
_____/

    THIS MATTER is before the Court upon Defendant's Unopposed Motion To Approve FLSA Settlement (DE 36) and the Joint Stipulation For Dismissal With Prejudice Following Court Approval Of FLSA Settlement (DE 37) filed herein by both Parties. The Court has carefully reviewed said Motion and Stipulation, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Defendant's Unopposed Motion To Approve FLSA Settlement (DE 36) be and the same is hereby **GRANTED**;

    2. Pursuant to <u>Lynn's Food Stores v. United States</u>, 679 F.2d 1350 (11th Cir. 1982), the Parties' Settlement Agreement (DE 36-1 & 2) has been reviewed by the Court and the same is hereby approved, adopted and ratified by the Court;

    3. The Parties' Joint Stipulation For Dismissal With Prejudice Following Court Approval Of FLSA Settlement (DE 37) be and the same is hereby approved, adopted, and ratified by the Court;

4. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

5. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this __27th__ day of March, 2017.

_____
WILLIAM J. ZLOCH
Sr. United States District Judge

Copies furnished:

All Counsel of Record